Stephen Kerr Eugster  
2418 W Pacific Ave  
Spokane, WA 99201  
(509) 990-9115  
eugster@eugsterlaw.com

Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| STEPHEN KERR EUGSTER,<br><br>Applicant, | Case No.: 2:18-mc-66 RSM<br><br>APPLICATION FOR LEAVE OF COURT<br><br>Hearing: |
|---|---|

The amended prefiling order herein, Dkt. # 86 provides: "In the future if Mr. Eugster wishes to obtain leave of this court to file such a lawsuit [one described in the order] he must first file a separate motion under case No: 2:18-mc-66 RSM."

This application complies with the prefiling order.

1. On behalf of Stephen Kerr Eugster, Applicant Eugster seeks to file a complaint, the purpose of which is to apply *Janus v. Am. Fed'n of*

APPLICATION FOR LEAVE OFCOURT - 1

*State, Cty., & Mun. Employees, Council 31*, 138 S. Ct. 2448, 2463 (2018) to the facts of the case.

2. The contemplated complaint is distinguished from all of Mr. Eugster's prior suits. It is distinguished because it seeks the application of *Janus v. AFSCME* to the facts of the case.

3. The proposed complaint is attached herewith.

4. Applicant requests leave of this Court to file the Complaint.

April 13, 2020

                                      s/ Stephen Kerr Eugster, pro se
Stephen Kerr Eugster, WSBA #2003
EUGSTER LAW OFFICE PSC
2418 W. Pacific Ave.
Spokane, WA 99201
(509) 990-9115
eugster@eugsterlaw.com

APPLICATION FOR LEAVE OFCOURT - 2