1

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6

7

8    IN RE: STEPHEN K. EUGSTER,                    CASE NO. 18-mc-066RSM

9                    Respondent.                   ORDER RE: PROPOSED
                                                   COMPLAINT

10

11    This matter comes before the Court on a proposed complaint filed on November 12, 2021

12  by Respondent Stephen K. Eugster.  Dkt. #9.  Respondent is currently under a Vexatious Litigant

13  Bar Order entered on June 15, 2018.  Dkt. #1.  A revised Bar Order was entered on April 29, 2019.

14  Dkt. #2.  Pursuant to the revised Bar Order, all of Plaintiff's pro se complaints in this district are

15  filed under this miscellaneous case number.  The Bar Order states as follows:

16       Stephen K. Eugster is enjoined from filing any of the following in federal or state
         court against the WSBA, its employees, or agents, without prior leave of this Court:

17

         a.  a challenge to mandatory bar membership, *see* Dkt. #62-1 at 108, 440, 453; Dkt.
18           #62-2 at 160-61, 220, 343-46;
         b.  a challenge to the imposition or use of attorney license fees, *see* Dkt. #62-1 at
19           108, 441-45, 453; Dkt. #62-2 at 157-60, 197-98, 220, 343-46;
         c.  a challenge to lawyer discipline rules, practices, or procedures, *see* Dkt. #62-1
20           at 234, 378-79, 445, 453; Dkt. # 62-2 at 220, 345;
         d.  a challenge to the inclusion of limited-license practitioners as WSBA members,
21           *see* Dkt. #62-1 at 446, 453; Dkt. #62-2 at 147, 192-93, 228;
         e.  a challenge to the WSBA as an alleged monopoly over the practice of law, *see*
22           Dkt. #62-2 at 225, 347-48; or
         f.  a claim arising from one of Mr. Eugster's prior federal suits asserting such
23           challenges or claims, *see* Dkt. #62-1 at 293-300; Dkt. #62-2 at 17, 99, 326-35,
             365-70.

24

ORDER RE: PROPOSED COMPLAINT - 1

1   *Id.* at 2-3.  The Bar Order provides that "Mr. Eugster may only file his proposed complaint in

2   federal court or state court if he obtains leave of this Court to do so."  *Id.* at 3.

3         The proposed complaint filed by Mr. Eugster  names multiple defendants, including the

4   justices of the Washington Supreme Court, the Washington State Bar Association ("WSBA")

5   Board of Governors, the interim executive director of the WSBA, and various governors of the

6   WSBA Board of Governors. Dkt. #9-1 at 1-2.  His complaint alleges that he paid his 2021 WSBA

7   dues under protest and that his compelled membership with the WSBA violates his First and

8   Fourteenth Amendment rights under the U.S. Constitution.  *See id.*  He seeks (1) a declaration

9   that he has First Amendment rights of non-association and freedom of speech and therefore

10  cannot be compelled to be a member of or pay dues to the WSBA; and (2) an injunction against

11  Defendants to effectuate these declarations.  *Id.* at 33.

12        Pursuant to the Bar Order, Mr. Eugster is enjoined from filing actions against the WSBA,

13  its employees or agents regarding challenges to his mandatory bar membership and/or challenges

14  to the imposition or use of attorney license fees.  *See* Dkt. #2 at 1.  This proposed action falls

15  squarely within both these categories of actions enjoined under the Court's Bar Order.

16  Accordingly, the Court DENIES Respondent's motion for leave to file a proposed complaint.

17        The Clerk shall provide copies of this order to Respondent.

18

19        DATED this 17th day of December, 2021.

20

21

22                  RICARDO S. MARTINEZ
                         CHIEF UNITED STATES DISTRICT JUDGE

23

24

ORDER RE: PROPOSED COMPLAINT - 2